℩AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 7/14/08 |
| NAME OF SERVER *(PRINT)*  KIRK CHAN | TITLE | SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *Gohan Hajakyan*

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____7/14/08____          *K. Chan*
                    Date                    Signature of Server

*601 Washington ave, Roselle, NJ 07203*
Address of Server

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

Spabo Ice Cream Corp., d/b/a Mister Softee
and Mister Softee, Inc.

V.

Domingo Ice Cream Corp., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 08 CV 6138

## JUDGE SCHEINDLIN

TO: (Name and address of Defendant)

Akop Papazian

43-07 42nd Street, #2M
Sunnyside, NY 11104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael Einbinder, Esquire
Einbinder & Dunn, LLP
104 W. 40th Street
New York, New York 10018

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUL 0 3 2008

CLERK

DATE

(By) DEPUTY CLERK