AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Spabo Ice Cream Corp., d/b/a Mister Softee
and Mister Softee, Inc.

V.

Domingo Ice Cream Corp., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 6138**

JUDGE SCHEINDLIN

TO: (Name and address of Defendant)

FAUSTO MORETA
2208 Manning Street
Bronx, NY 10462

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael Einbinder, Esquire
Einbinder & Dunn, LLP
104 W. 40th Street
New York, New York 10018

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _(signature)_

DATE  JUL 0 3 2008

(By) DEPUTY CLERK

Service of the Summons and complaint was made by me(1) | DATE July 15, 2008

NAME OF SERVER (PRINT): JOHN FAZIO
TITLE: Civil Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Rose Angel (cousin)
2208 Manning St
Bronx NY 10462
(FAUSTO MONETA)

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 15, 2008
Date

Signature of Server

181 Boyd St SI NY 10307
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.