## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPABO ICE CREAM CORP. d/b/a MISTER SOFTEE <br><br> and <br><br> MISTER SOFTEE, INC. <br><br>   Plaintiffs, <br><br> v. <br><br> DOMINGO ICE CORP., a/k/a DOMINGO ICE CREAM, <br><br> and <br><br> AKOP PAPAZIAN, <br><br> and <br><br> M PETE SOFT ICE CREAM CORP, <br><br> and <br><br> FAUSTO MORETA <br><br>   Defendants. | Civil Action No. 08-CV-6138 |

  TO: J. Michael McMahon, Clerk Of Court
     United States District Court
     Southern District Of New York
     500 Pearl Street
     New York, New York 10007

  Please enter the default of Defendant M Pete Soft Ice Cream Corp. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and from the attached affirmation of Paul J. Cianci.

|  |  |
|---|---|
| Date: August 13, 2008 | EINBINDER & DUNN, LLP<br><br>BY: _____<br>Michael Einbinder (ME-3930)<br>104 W. 40th Street<br>New York, NY  10018<br>(212) 391-9500<br>Attorneys for Plaintiffs |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SPABO ICE CREAM CORP. d/b/a MISTER SOFTEE<br><br>and<br><br>MISTER SOFTEE, INC.<br><br>    Plaintiffs,<br><br>    v.<br><br>DOMINGO ICE CORP., a/k/a DOMINGO ICE CREAM,<br><br>and<br><br>AKOP PAPAZIAN,<br><br>and<br><br>M PETE SOFT ICE CREAM CORP,<br><br>and<br><br>FAUSTO MORETA<br><br>    Defendants. | Civil Action No. 08-CV-6138 |

    Plaintiffs Spabo Ice Cream Corp. d/b/a Mister Softee and Mister Softee, Inc., by their undersigned attorneys, respectfully request that the Clerk of this Court certify default against Defendant M Pete Soft Ice Cream Corp. ("Defendant"), and in support thereof Paul J. Cianci, counsel for Plaintiff, avers as follows:

    1.    Defendant is a corporation (and thus, is not an infant, in the military, or an incompetent person).

2. The time within which Defendant may answer or move with respect to the complaint herein has expired. Defendant has not answered or otherwise moved with respect to the complaint, and the time for Defendant to do so has not been extended through this date.

3. A true and correct copy of the Affidavit of Service upon Defendant is attached hereto as Exhibit A.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

                              **FISHER ZUCKER LLC**

Dated: August 13, 2008        By:     /s/ Paul Cianci
                                              Paul J. Cianci
                                              21 South 21st Street
                                              Philadelphia, PA  19103
                                              (215) 825-3100
                                              Attorneys for Plaintiffs

# Exhibit "A"

✎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 7/14/08 |
| NAME OF SERVER *(PRINT)* KIRK CHAN | TITLE SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: Gohan Hajakyan

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/14/08         K Chan
             Date             Signature of Server

             601 Washington Ave. Roselle, NJ 07203
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                    District of                    New York

Spabo Ice Cream Corp., d/b/a Mister Softee
and Mister Softee, Inc.

V.

Domingo Ice Cream Corp., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 6138**

**JUDGE SCHEINDLIN**

TO: (Name and address of Defendant)

M PETE SOFT ICE CREAM CORP
43-07 42nd Street, #2M
Sunnyside, NY 11104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael Einbinder, Esquire
Einbinder & Dunn, LLP
104 W. 40th Street
New York, New York 10018

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JUL 0 3 2008

CLERK                                                 DATE
_Marcos Quintero_

(By) DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPABO ICE CREAM CORP. d/b/a MISTER SOFTEE<br><br>and<br><br>MISTER SOFTEE, INC.<br><br>      Plaintiffs,<br><br>v.<br><br>DOMINGO ICE CORP., a/k/a DOMINGO ICE CREAM,<br><br>and<br><br>AKOP PAPAZIAN,<br><br>and<br><br>M PETE SOFT ICE CREAM CORP,<br><br>and<br><br>FAUSTO MORETA<br><br>      Defendants. | Civil Action No. 08-CV-6138 |

I, J. Michael McMahon, Clerk of Court of the United States District Court for the Southern District of New York, do hereby certify that Defendant M Pete Soft Ice Cream Corp. has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant M Pete Soft Ice Cream Corp. is hereby noted, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

                                                J. MICHAEL MCMAHON
                                                Clerk of Court

Dated: _____, 2008     By: _____
      New York, New York              Deputy Clerk