## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPABO ICE CREAM CORP. d/b/a MISTER SOFTEE<br><br>and<br><br>MISTER SOFTEE, INC.<br><br>      Plaintiffs,<br><br>v.<br><br>DOMINGO ICE CORP., a/k/a DOMINGO ICE CREAM,<br><br>and<br><br>AKOP PAPAZIAN,<br><br>and<br><br>M PETE SOFT ICE CREAM CORP,<br><br>and<br><br>FAUSTO MORETA<br><br>      Defendants. | Civil Action No. 08-CV-6138 |

    TO:    J. Michael McMahon, Clerk Of Court
              United States District Court
              Southern District Of New York
              500 Pearl Street
              New York, New York 10007

Please enter the default of Defendant Fausto Moreta pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and from the attached affirmation of Paul J. Cianci.

|  |  |
|---|---|
|  | **EINBINDER & DUNN, LLP** |
| Date: August 13, 2008 | BY: _____ |
|  | Michael Einbinder (ME-3930) |
|  | 104 W. 40th Street |
|  | New York, NY 10018 |
|  | (212) 391-9500 |
|  | Attorneys for Plaintiffs |

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SPABO ICE CREAM CORP. d/b/a<br>MISTER SOFTEE<br><br>and<br><br>MISTER SOFTEE, INC.<br><br>      Plaintiffs,<br><br>v.<br><br>DOMINGO ICE CORP., a/k/a<br>DOMINGO ICE CREAM,<br><br>and<br><br>AKOP PAPAZIAN,<br><br>and<br><br>M PETE SOFT ICE CREAM CORP,<br><br>and<br><br>FAUSTO MORETA<br><br>      Defendants. | Civil Action No. 08-CV-6138 |

      Plaintiffs Spabo Ice Cream Corp. d/b/a Mister Softee and Mister Softee, Inc., by their undersigned attorneys, respectfully request that the Clerk of this Court certify default against Defendant Fausto Moreta ("Defendant"), and in support thereof Paul J. Cianci, counsel for Plaintiff, avers as follows:

      1.    Defendant is an adult individual (and thus, not an infant) who is neither in the military nor an incompetent person.

2.	The time within which Defendant may answer or move with respect to the complaint herein has expired.  Defendant has not answered or otherwise moved with respect to the complaint, and the time for Defendant to do so has not been extended through this date.

3.	A true and correct copy of the Affidavit of Service upon Defendant is attached hereto as Exhibit A.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

                                        **FISHER ZUCKER LLC**

Dated:  August 13, 2008         By:         /s/ Paul Cianci
                                                       Paul J. Cianci
                                                         21 South 21st Street
                                                         Philadelphia, PA  19103
                                                         (215) 825-3100
                                                          Attorneys for Plaintiffs

# Exhibit "A"

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Southern_ District of _New York_

Spabo Ice Cream Corp., d/b/a Mister Softee
and Mister Softee, Inc.

V.

Domingo Ice Cream Corp., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 6138**

JUDGE SCHEINDLIN

TO: (Name and address of Defendant)

FAUSTO MORETA
2208 Manning Street
Bronx, NY 10462

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael Einbinder, Esquire
Einbinder & Dunn, LLP
104 W. 40th Street
New York, New York 10018

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _/s/ Marcos Quintero_

DATE  JUL 0 3 2008

(By) DEPUTY CLERK

Service of the Summons and complaint was made by me⁽¹⁾ | DATE July 15, 2008

NAME OF SERVER (PRINT) John Fazio | TITLE Civil Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Rose Angel (cousin)

☐ Returned unexecuted: 2208 Manning, Bronx NY 10462 (Fausto Moreta)

☐ Other (specify):

STATEMENT OF SERVICE FEES

TRAVEL | SERVICES | TOTAL $0.00

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 15, 2008

181 Boyd St SI NY 10307
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SPABO ICE CREAM CORP. d/b/a MISTER SOFTEE<br><br>and<br><br>MISTER SOFTEE, INC.<br><br>      Plaintiffs,<br><br>v.<br><br>DOMINGO ICE CORP., a/k/a DOMINGO ICE CREAM,<br><br>and<br><br>AKOP PAPAZIAN,<br><br>and<br><br>M PETE SOFT ICE CREAM CORP,<br><br>and<br><br>FAUSTO MORETA<br><br>      Defendants. | Civil Action No. 08-CV-6138 |

    I, J. Michael McMahon, Clerk of Court of the United States District Court for the Southern District of New York, do hereby certify that Defendant Fausto Moreta has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant Fausto Moreta is hereby noted, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

                                                                J. MICHAEL MCMAHON
                                                                 Clerk of Court

Dated: _____, 2008    By: _____
       New York, New York           Deputy Clerk