United States District Court
Southern District of New York

---

Spabo Ice Cream Corp., d/b/a Mister Softee
and Mister Softee, Inc.,

    -against-

Domingo Ice Cream Corp., et al.

               Defendants.

**AFFIDAVIT OF SERVICE**
**Case # 08 CV 6138**

---

COUNTY OF ALBANY  SS:
STATE OF NEW YORK

Denise L. Dooley,  being duly sworn says: Deponent is over the age of eighteen years and is a resident of New York State, that: Deponent served the following specific papers in the above entitled action: Summons in a Civil Action, Civil Cover Sheet and Civil Action-Complaint, under Section 306 of the Business Corporation Law. The corporation which was served was: **DOMINGO ICE CORP.**

That on the 4th  day of August 2008 at approx. 1:30 p.m., at the office of Department of State of New York, in the City of Albany, two (2) copies of the aforesaid papers were served by personally delivering to and leaving with Chad Matice known to me to be in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid to the Secretary of State the fee prescribed by Law in the amount of $40.00.

Description of Chad Matice - Authorized Person
white male, approx. 28 yrs., 6'0", 195 lbs., brown hair, glasses

                        Denise L. Dooley

Sworn to before me
this 4th day of August, 2008.

FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
 No. 4721156
Commission Expires July 31, 2010

State of New York - Department of State
Receipt for Service

Receipt #:  200808040413                          Cash #: 200808040128
Date of Service:  08/04/2008                    Fee Paid: $40 - DRAWDOWN
Service Company:  12 EMPIRE CORPORATE & INFORMATION SERVICES,

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  DOMINGO ICE CORP.


Plaintiff/Petitioner:
            SPABO ICE CREAM CORP


Service of Process Address:
DOMINGO ICE CORP.
221 EAST 168TH STREET, STE. 3D
BRONX,  NY 10456

                                          Secretary of State
                                          By   CHAD MATICE